# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**B&B HARDWARE, INC.**                                                                               **PLAINTIFF**

**v.**                                        **4:10CV00317-BRW**

**FASTENAL COMPANY**                                                                              **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Stay Discovery Pending Resolution of its Motion for Summary Judgment (Doc. No. 33). Plaintiff does not consent to the Motion, but has not yet filed a response.

A stay of discovery pending the resolution of the Motion for Summary Judgment is appropriate in this case. Accordingly, the Motion to Stay is GRANTED.

IT IS SO ORDERED this 16th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE