## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**B&B HARDWARE, INC.**                                                    **PLAINTIFF**

**VS.**                                   **NO. 4:10-CV-317 BRW**

**FASTENAL COMPANY**                                                **DEFENDANT**

## <u>ORDER</u>

On March 31, 2011, the Court conducted a telephone hearing to address discovery issues. The Court orders that the depositions scheduled for April 5, 6, and 7 in Winona, Minnesota, will proceed. The Court orders plaintiff B&B Hardware, Inc., to provide to defendant Fastenal Company copies of all documents that counsel for B&B Hardware will refer to or show the witnesses during the referenced depositions. These documents are to be provided by 3 p.m. on March 31, 2011. If after reviewing the documents Fastenal Company believes any documents were wrongfully withheld, and Fastenal will thereby be prejudiced by proceeding with the depositions as scheduled, Fastenal Company must so notify the Court and B&B Hardware by 10 a.m. on April 1, 2011—the depositions remain scheduled, however, unless and until the Court orders otherwise.

IT IS SO ORDERED this 31st day of March, 2011.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE