**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**B&B HARDWARE, INC.**                                                                                        **PLAINTIFF**

**VS.**                                                    **4:10CV00317 BRW**

**FASTENAL COMPANY**                                                                                     **DEFENDANT**

**ORDER**

On April 1, 2011, the Court conducted a telephone hearing to address issues Fastenal raised about Plaintiff's compliance with the Court's March 31, 2011 order relating to the production of documents. After hearing the arguments of counsel, the Court orders as follows:

1) All depositions scheduled during April 2011, including the depositions of Fastenal witnesses scheduled for April 5, 6, and 7 in Winona, Minnesota, and the deposition of Plaintiff's 30(b)(6) designee scheduled for April 13 in Little Rock, Arkansas, are postponed until after May 2, 2011, the current deadline for completion of discovery;

2) Each party will complete its document production no later than May 2, 2011; and

3) The Court will hold a telephone conference with the parties, if necessary, on May 9, 2011, at 1:30 p.m. to address issues including the scheduling of depositions and additional discovery deadlines.

IT IS SO ORDERED this 5th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE