# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

B&B HARDWARE, INC.                                                                  PLAINTIFF

V.                      NO. 4:10CV00317 BRW/JTR

FASTENAL COMPANY                                               DEFENDANT

## **ORDER**

The parties are hereby ordered *not* to file any further pleadings concerning B&B Hardware Inc.'s Motion to Compel (docket entry #63).

IT IS SO ORDERED this 24th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE