IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**B&B HARDWARE, INC.**     **PLAINTIFF**

v.     **4:10-CV-00317-BRW**

**FASTENAL COMPANY**     **DEFENDANT**

## ORDER GRANTING
## DEFENDANT'S MOTION TO FILE UNDER SEAL

Upon consideration of Defendant's Motion to File Under Seal Fastenal's Motion for Summary Judgment together with its incorporated Exhibits and Brief in Support of its motion (including the Statement of Undisputed Facts), and Fastenal's Motion to Stay Discovery and for Protection Pending Resolution of Motion for Summary Judgment together with its incorporated Exhibits and Brief in Support of its motion, it is hereby

ORDERED that Defendant's Motion (Doc. No. 86) is GRANTED, and the Clerk is hereby directed to file under seal Fastenal's Motion for Summary Judgment together with its incorporated Exhibits and Brief in Support of its motion (including the Statement of Undisputed Facts), and Fastenal's Motion to Stay Discovery and for Protection Pending Resolution of Motion for Summary Judgment together with its incorporated Exhibits and Brief in Support of its motion.

IT IS SO ORDERED this 21st day of June, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE