**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201
(501) 604-5140
Facsimile (501) 604-5149

June 21, 2011

| | |
|---|---|
| Mr. Gordon S. Rather, Jr. | Ms. Karen Freeman |
| Ms. Michelle Kaemmerling | Mr. Marshall Ney |
| Wright, Lindsey & Jennings | Mitchell, Williams, Selig, Gates |
| 200 West Capitol Avenue | & Woodyard, PLLC |
| Suite 2300 | 5414 Pinnacle Point Drive, Suite 500 |
| Little Rock, AR 72201-3699 | Rogers, AR 72758 |

Mr. Barry Clifford Snyder
Mr. Sean Burnett
Snyder Law, LLP
420 South Fairview Avenue
Suite 102
Santa Barbara, CA 93117

      Re:    *B&B Hardware Inc. v. Fastenal Company*, No. 4:10CV00317-BRW

Dear Counsel:

Mr. Rather has talked to my law clerk regarding some depositions that are set for next week.

Even assuming that I appoint a special master (which at this point is my full intention), I would be surprised if he'd be in place in time to deal with the depositions (or, even if he were in place, he would not have time to get his sea legs).

Accordingly, I will probably have a telephone conference at about 1:15 this Thursday, June 23, 2011.

I am in the middle of a jury trial and will probably not be able to attend to this matter before then. It is unlikely that I'll cancel the depositions.

If the parties can resolve the issue before the telephone conference, that'll be fine; if not, I'll resolve them.

                                                Cordially,

                                                /s/ B.R. Wilson

Original to the Clerk of the Court