**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**B&B HARDWARE, INC.**                                                       **PLAINTIFF**

**v.**                                          **4:10CV00317-BRW**

**FASTENAL COMPANY**                                                        **DEFENDANT**

**ORDER GRANTING**
**DEFENDANT'S MOTION TO FILE UNDER SEAL**

Upon consideration of Defendant's Motion to File Under Seal Fastenal's Reply Brief in

Further Support of its Motion for Summary Judgment, together with any exhibits or other related

materials, it is hereby

ORDERED that Defendant's Motion (Doc. No. 107) is GRANTED, and the Clerk is hereby

directed to file under seal Fastenal's Reply Brief in Further Support of its Motion for Summary

Judgment, together with any exhibits or other related materials.

IT IS SO ORDERED this 1st day of August, 2011.


                                                    /s/Billy Roy Wilson


                                             UNITED STATES DISTRICT JUDGE