IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**B&B HARDWARE, INC.** **PLAINTIFF**

v. 4:10CV00317-BRW

**FASTENAL COMPANY** **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, summary judgment is granted in favor of Defendant Fastenal Company.

IT IS SO ADJUDGED this 24th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE